Nicole J. Vartanyan, Esq. - State Bar No. 339209
**DOWNTOWN L.A. LAW GROUP**
601 N. Vermont Ave.
Los Angeles, CA 90004
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Nicole@downtownlalaw.com

Attorneys for Plaintiff
TERRENCE JOHNSON

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JOHNSON, an individual. | Case No.: |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | 1.  NEGLIGENT OPERATION OF A MOTOR VEHICLE |
| UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive. | |
| Defendants. | |

COMES NOW PLAINTIFF TERRENCE JOHNSON, complaining of Defendants and alleges as follows:

///

///

///

---

**1**
**COMPLAINT FOR DAMAGES**

## I.
## JURISDICTION

1. This action is brought pursuant to the Tort Claims Act, 28 U.S.C. §2671 et seq. Jurisdiction is founded on 29 U.S.C. §§1346(b).

## II.
## VENUE

2. Venue is proper in the Central District of California. The motor vehicle accident giving rise to this complaint occurred near Graystone Ave. & Ferina St., Norwalk, CA 90650, which is within the present judicial district. Plaintiff also resides within this judicial district.

## III.
## PARTIES

3. Plaintiff TERRENCE JOHNSON (hereafter "PLAINTIFF") is and at all relevant times was a resident of Los Angeles County, California.

4. Plaintiff is informed and believes and thereon alleges that Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, are and at all times mentioned herein, were FEDERAL entities, public entities, individuals, corporations, sole proprietors, shareholders, associations, partners and partnerships, joint ventures, and/or business entities unknown.

5. Defendants DOES 1-50, are sued herein under fictitious names, their true names and capacities being unknown to Plaintiff. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by those Defendants.

///
///

## IV.

## FACTS COMMON TO ALL ACTIONS

6. On or about February 22, 2021, Plaintiff was lawfully operating his vehicle and exiting a driveway onto Ferina St. near Graystone Ave.. Defendants' employee DAVID ORLANDO MURILLO MASTACHE, operating a U.S. Postal Service mail-delivery truck, operated his vehicle eastbound on Ferina St. approaching the same intersection. Defendants' employee DAVID ORLANDO MURILLO MASTACHE operated his vehicle on Ferina St. without caution and in such an unsafe manner that it violently collided into Plaintiff's vehicle.

7. On said date, DAVID ORLANDO MURILLO MASTACHE, an employee of Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, drove carelessly, negligently and with extreme recklessness, including, but not limited to, failing to stop for the stop and/or yield to traffic and crossed the intersection without caution and in such an unsafe manner

8. In failing to stop for the stop sign for and/or yield to traffic, DAVID ORLANDO MURILLO MASTACHE, an employee of Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, carelessly and negligently struck Plaintiff's vehicle.

9. On October 21, 2021, the Plaintiff submitted a claim based on the allegations herein to the UNITED STATES OF AMERICA for administrative settlement. The Defendant UNITED STATES OF AMERICA did not expressly deny the claim and six months have passed. Accordingly, Plaintiff has complied with the requirements of the Federal Tort Claims Act for the timely filing of claims.

///
///
///

## V.

## FIRST COUNT/CAUSE OF ACTION

## NEGLIGENT OPERATION OF A MOTOR VEHICLE

10. Plaintiff incorporates herein by reference paragraphs 1 through 9, above as though fully set forth herein.

11. On February 22, 2021, a U.S. Postal Service mail-delivery truck was operated by DAVID ORLANDO MURILLO MASTACHE, a Defendant UNITED STATES OF AMERICA agent or employee as he was in the course and scope of his employment with Defendant UNITED STATES OF AMERICA.

12. DAVID ORLANDO MURILLO MASTACHE, a Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, employee was driving negligently and carelessly, including but not limited to, failing to stop for and/or yield to traffic.

13. Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, and their agents and employees acted carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly and wrongfully entrusted, permitted, managed, serviced, repaired, inspected, maintained, operated, controlled, and drove the U.S. Postal Service Truck as to proximately cause the same to collide against the vehicle which Plaintiff was then operating, as aforesaid, thereby proximately causing the injuries and damages hereinafter mentioned.

14. DAVID ORLANDO MURILLO MASTACHE, a Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, employee was also negligent in failing to keep attentive as to his whereabouts and oncoming traffic. Said Defendant knew or should have known that there was oncoming traffic and failing to stop for and/or yield to traffic would be

unsafe, all of which negligence, carelessness and recklessness constituted the proximate cause of him striking Plaintiff's vehicle.

15. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiff was injured about his body and its members and was rendered sick, sore, lame and disabled, and was injured in health, strength and activity, a portion of said injuries being permanent. As a result of said injuries, Plaintiff has had, and in the future will have, physical, mental and emotional pain, suffering, worry and anxiety.

16. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiff suffered grave and serious mental anguish, fear, anxiety and illness, a portion of said injuries being permanent. As a proximate result of said injuries and damages, Plaintiff has had, and in the future will have, physical, mental and emotional pain, suffering, worry and anxiety.

17. By reason of said injuries, Plaintiff has incurred, and probably will incur in the future, hospital, surgical, ambulance, medical, nursing and household expenses, all to his further damage.

18. By reason of said injuries, Plaintiff was unable to do his usual work for a period of time, has been unable to do a portion of his work since that time, will be partially disabled in the future and has sustained damage to his future earning capacity, all to this damages, according to proof.

19. By reason of said injuries, Plaintiff has sustained damage to his future earning capacity, all to his further damage, according to proof.

20. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiff's vehicle sustained damage, according to proof.

**COMPLAINT FOR DAMAGES**

21. By reason of said collision, Plaintiff was deprived of the use of a vehicle for a period of time, all to Plaintiff's further damage, according to proof.

## VI.
## PRAYER

WHEREFORE, Plaintiff demands the following relief, jointly and severally, against all the Defendants;

a) For damages for injuries sustained due to the negligence of Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, agents and employees, including past and future medical expenses, lost wages, loss of earning capacity, pain and suffering, mental anguish, and all other appropriate damages resulting from his injuries.

b) Costs of suit necessarily incurred herein; and

c) Such further relief as the Court deems just or proper.

DATED: April 26, 2022                DOWNTOWN L.A. LAW GROUP

                                     Nicole J. Vartanyan, Esq.
                                     Attorneys for Plaintiff,
                                     TERRENCE JOHNSON

## JURY TRIAL DEMAND

Plaintiff demands trial by jury of all issues so triable.

DATED: April 26, 2022                DOWNTOWN L.A. LAW GROUP

                                     Nicole J. Vartanyan, Esq.
                                     Attorneys for Plaintiff,

6
**COMPLAINT FOR DAMAGES**